1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6915
     FAX: (415) 436-7169
7
   Attorneys for Respondents
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12
   FISIIFETAPA PENITANI PAUMAU,           )   No. C 05-3713-SI
13                                        )
            Petitioner,                   )   **STIPULATION TO A BRIEFING**
14                                        )   **SCHEDULE; AND [PROPOSED] ORDER**
         v.                               )
15                                        )
   DAVID N. STILL, District Director,     )
16 United States Citizenship and Immigration )
   Services; MICHAEL CHERTOFF,            )
17 Secretary of the Department of Homeland )
   Security; and ALBERTO GONZALES,        )
18 Attorney General of the United States, )
                                          )
19          Respondents.                  )
                                          )
20
        Petitioner, by and through her attorney of record, and respondents, by and through their
21
   attorneys of record, hereby stipulate, subject to the approval of the Court, to the following
22
   briefing schedule:
23
        Respondents' Return to the Habeas Petition:     September 29, 2005
24
        Petitioner's Reply:                             October 6, 2005
25
        Hearing:                                        October 11, 2005, at 9:00 a.m.
26
        The respondents agree not to remove the petitioner prior to October 25, 2005.
27

28

BRIEFING STIPULATION AND PROPOSED ORDER
C 05-3713-SI                               1

Dockets.Justia.com

Date: September 15, 2005                    Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney


                                            /s/
                                            EDWARD A. OLSEN[1]
                                            Assistant United States Attorney
                                            Attorneys for Respondents


Date: September 15, 2005                    /s/
                                            ANTHONY D. AGPAOA
                                            Attorney for Petitioner


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____    _____
                                SUSAN ILLSTON
                                United States District Judge



---

[1] I, Edward A. Olsen, attest that a representative of Anthony D. Agpaoa's office and I have signed this stipulation and will submit the signed copies upon request

BRIEFING STIPULATION AND PROPOSED ORDER
C 05-3713-SI                    2