KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FISIIFETAPA PENITANI PAUMAU,<br><br>   Petitioner,<br><br>   v.<br><br>DAVID N. STILL, District Director, United States Citizenship and Immigration Services MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; and ALBERTO GONZALES, Attorney General of the United States,<br><br>   Respondents. | No. C 05-3713 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that representation of the respondents in the above-entitled proceeding has been reassigned from Edward Olsen, Assistant United States Attorney, to Ila C. Deiss, Assistant United States Attorney. All contacts, correspondence and service of documents shall be address to:

///

NOTICE OF APPEARANCE
C 05-3713 SI

Dockets.Justia.com

1  Ila C. Deiss
   Office of the United States Attorney
2  450 Golden Gate Avenue, 10th Floor
   San Francisco, California 94102
3  Telephone: (415) 436-7124
   Fax: (415) 436-7169
4

5  Dated: September 23, 2005              Respectfully submitted,

6                                          KEVIN V. RYAN
                                           United States Attorney
7

8                                                  /s/
9                                          ILA C. DEISS
                                           Assistant United States Attorney
10

11

12

13

14

15  

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE
C 05-3713 SI